BRADY, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by William A. Brady against George Edwards, impleaded with others. M. L. Erlanger, for appellant. D. Gerber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRAYTON v. SHERMAN. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by George W. Brayton against Henry L. Sherman. No opinion. Motion to amend order denied. See 61 N. Y. Supp. 1133.

BREESE et al., Respondents, v. ATTORNEY GENERAL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Sidney B. Breese, as administrator, and Maurice A. Graves and another, as executors, etc., against the attorney general. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WILLIAMS, J., who dissents.

BRISTOL v. LAMBERT et al. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Sarah L. Bristol against George Lambert and others. No opinion. Motion to amend order denied. See 61 N. Y. Supp. 1133.

BRUCE, Appellant, v. VAN DEMARK, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Sarah M. Bruce, as administratrix, etc., against Willett I. Van Demark, as administrator, etc. No opinion. Judgment affirmed, with costs.

BURNHAM, Appellant, v. TUMPOWSKY, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Fred W. Burnham against Max Tumpowsky. No opinion. Judgment affirmed, with costs.

In re BUSCH BREWING CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) In the matter of the voluntary dissolution of the Busch Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 58 N. Y. Supp. 812.

In re CAFFREY. (Supreme Court, Appellate Division, Second Department. January 30, 1900.) In the matter of the application of James W. Caffrey for the appointment of commissioners to ascertain and determine the amount of damage sustained by the applicant as owner of certain real estate in the village of North Pelham, etc. No opinion. Order affirmed, with $10 costs and disbursements.

CARROLL v. RUSSELL et al. (Supreme Court, Appellate Division, First Department.

January 19, 1900.) Action by Mary A. Carroll against Horace Russell and others. No opinion. Motion granted, with $10 costs.

CASSANI v. DUNN. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Francesco Cassani against Thomas J. Dunn. No opinion. Motion for reargument granted. See 60 N. Y. Supp. 756.

C. H. DIAMOND & CO. v. HARTLEY. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by C. H. Diamond & Company against Marcellus Hartley. No opinion. Motion denied, with $10 costs.

CHRISTIANSEN v. MENDHAM. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Simon Christiansen against Louis B. Mendham. No opinion. Motion denied. See 56 N. Y. Supp. 655; 59 N. Y. Supp. 1100; 61 N. Y. Supp. 326.

CLAPP, Appellant, v. COOPER, Respondent. (City Court of New York, General Term. March 2, 1900.) Action by Everett Clapp against William A. Cooper. From a judgment for defendant, plaintiff appeals. Affirmed. Henry B. Kingborn, for appellant. James P. Lawrey, for respondent.

PER CURIAM. Judgment affirmed, with costs.

CLARK v. VAIL. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Sarah J. Clark, as executrix, against Mary L. Vail. No opinion. Motion granted, with $10 costs.

CLARKE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by Charles Clarke against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Edward A. Scott, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LEVENTRITT, J., takes no part.

CLERIHEW, Respondent, v. STANDARD RAILROAD-SIGNAL CO., Appellant. (City Court of New York, General Term. January 26, 1900.) Action by Alexander C. Clerihew against the Standard Railroad-Signal Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Masten & Nichols, for appellant. G. W. Hopkins, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

CONELLY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Thomas Conelly against the Metropolitan Street-Railway Company. E. J. Humphry, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.